IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 106-081 |
| | ) | |
| ALVIN L. PRICE | ) | |
| DONALD M. REYNOLDS | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Reynolds's motions to suppress are **DENIED** (doc. nos. 45, 74), and Defendant Price's motion to suppress is **DENIED** as **MOOT** (doc. no. 48).

SO ORDERED this 7th day of Feb., 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA  *

    vs.  *  CASE NO. 1:06-CR-81

ALVIN L. PRICE and DONALD M.  *
REYNOLDS  *
    *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as order dated 2/7/07, which is part of the official records of this case.

Date of Mailing: 2/7/07
Date of Certificate: 2/7/07

SCOTT L. POFF, CLERK

By _L. Jebsen_

NAME:
1. Alvin L. Price
2. Daniel Gregory Leopard
3. Donald M. Reynolds
4. Davis A Dunaway
5. 
6. 
7. 

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds