IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA            *
                                    *
v.                                  *       CR 106-081
                                    *
DONALD M. REYNOLDS                  *

O R D E R

On April 13, 2023, the Court denied Defendant Donald M. Reynolds's motion for a de novo resentencing following the grant of habeas relief by the Southern District of West Virginia. Defendant has filed a timely notice of appeal from this decision. He has also filed a motion for reconsideration.

"[N]o statute or Federal Rule of Criminal Procedure authorizes the filing of a motion for reconsideration in a criminal case." United States v. Vives, 546 F. App'x 902, 905 (11th Cir. 2013). Yet, the Eleventh Circuit has permitted the filing of motions for reconsideration in criminal cases. United States v. Phillips, 597 F.3d 1190, 1199-1200 (11th Cir. 2010). In deciding motions for reconsideration in criminal cases, courts use the standards applicable to such motions filed in civil cases under Federal Rule of Civil Procedure 59. "The only grounds for granting a Rule 59 motion are newly discovered evidence or manifest errors

of law or fact." Arthur v. King, 500 F.3d 1335, 1343 (11th Cir. 2007) (quotations and citations omitted).

Here, Defendant insists that he did not receive adequate notice at the time of sentencing that an upward departure may be warranted. He also contends that the upward departure amounted to double punishment for the same offense conduct. These arguments, however, were raised by Defendant in his most recent filings, and the Court has considered and rejected them. Defendant's motion for reconsideration does nothing to convince the Court that the Order of April 13, 2023 is erroneous.

Upon the foregoing, Defendant Reynolds's motion for reconsideration (doc. no. 292) is **DENIED**. The Clerk is directed to **TERMINATE** as **MOOT** his "Motion to Submit Statement of Reasons into the Record to Reflect the Court's 'Departure' not Variance" (doc. no. 291).

**ORDER ENTERED** at Augusta, Georgia, this 4th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE